No. 943. OLIVER ET AL. v. RICHMOND; and

No. 944. RUDDOCK v. SAME. May 18, 1936. Petition for writs of certiorari to the Supreme Court of Appeals of Virginia denied. *Messrs. Thomas B. Gay, T. Justin Moore,* and *Joseph F. Hall* for petitioners. *Mr. James E. Cannon* for respondent.

No. 891. TROJAN POWDER CO. v. UNITED STATES. May 18, 1936. Petition for writ of certiorari to the Court of Claims denied. *Mr. John H. Jackson* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Sewall Key* for the United States.

No. 908. CROWN WILLAMETTE PAPER CO. v. McLAUGHLIN, COLLECTOR OF INTERNAL REVENUE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Alfred Sutro, Felix T. Smith,* and *Eugene D. Bennett* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. John MacC. Hudson, Sewall Key,* and *Carlton Fox* for respondent.

No. 909. McCONNAUGHEY ET AL. v. PERSONAL INDUSTRIAL BANKERS, INC. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. S. McConnaughey* for petitioners. *Messrs. U. G. Denman* and *Wm. M. Matthews* for respondent.